CITIZENS AND SOUTHERN BANK *v.* LEWIS *et al.*

HILL, J. 1. The motion to dismiss the application for certiorari and the order granting the same is without merit.

2. Upon consideration of the decision rendered by the Court of Appeals in this case, the judgment of that court is affirmed. *Strickland* v. *Bank of Cartersville*, 141 *Ga.* 565 (5), 566 (81 S. E. 886); *Scott* v. *Saffold*, 37 *Ga.* 384; *Randolph* v. *Fleming*, 59 *Ga.* 776; Civil Code of 1910, §§ 3543, 3544.

*Judgment affirmed. All the Justices concur, except Gilbert, J., disqualified.*

No. 4248. JANUARY 15, 1925.

Certiorari; from Court of Appeals. 31 *Ga. App.* 597.

*Winfield P. Jones,* for plaintiff.

*Mundy & Watkins,* for defendants.